NO. 07-07-0476-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JANUARY 15, 2008

______________________________

BENNY L. COLE, JR.,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_________________________________

FROM THE 137TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2007-415,498; HON. JIM BOB DARNELL, PRESIDING

_______________________________

Abatement and Remand

_______________________________

Before QUINN, C.J., and CAMPELL and PIRTLE, JJ.

Benny L. Cole, Jr. (appellant) filed a notice of appeal from his conviction for murder on November 20, 2007.  On September 25, 2007, the trial court filed its certification representing that appellant has the right of appeal.  However, the appellate record reflects that appellant failed to sign the certification pursuant to Texas Rule of Appellate Procedure 25.2(d) which requires the certification to be signed by appellant and a copy served on him.
(footnote: 1)
 Consequently, we abate the appeal and remand the cause to the 137
th
 
District Court of Lubbock County (trial court) for further proceedings.  Upon remand, the trial court shall take such action necessary to secure and file with this court a certificate of right to appeal that complies with Texas Rule of Appellate Procedure 25.2(d) by February 14, 2008.  Should additional time be needed to perform these tasks, the trial court may request same on or before February 14, 2008.

It is so ordered.

Per Curiam

Do not publish.
 

FOOTNOTES
1:
Became effective September 1, 2007.